## Anne Moore *against* Frederick Heiss.

Inquisition on a writ of inquiry amendable.

In this action, upon a writ of inquiry of damages, the jury found 6 cents damages, and 6 cents costs. A former inquisition found 575 dollars damages.

Early in the term, Mr. Browne for the plaintiff, moved for a rule to shew cause, why the inquisition should not be set aside. This was succeeded by another motion of Mr. Milnor for the defendant, for a rule to shew cause, why the inquisition should not be amended. They were heard at the same time.

The motion on the part of the plaintiff was grounded on her affidavit, that she had subpœnaed John Douglass, esq. as a witness, who attended at first, but afterwards went away without being examined.

To this it was answered, that the plaintiff should have applied to the sheriff to postpone the hearing ; or if Mr. Douglass had gone off after the business had commenced, the hearing might be adjourned. But Douglass could not be a material witness in the nature of the case, the plaintiff being a married woman, and her husband living in the city.

The court thought this answer satisfactory.

The inquisition did not recite the names of the jurors in the body of it, but specified that it was taken on the oaths and affirmations of                                          , good and lawful men of the bailiwick of the said sheriff, &c., and the jurors had signed and sealed it.

For the defendant. It was insisted that the inquisition was sensible, and only defective in form. Had not the blank been left, wherein the jurors' names were intended to be inserted, it would have needed nothing. But all amendments are within the discretion of the court. 7 T. R. 699. A *ca. sa.* was amended after being executed. 2 Bl. Rep. 836. A variance in the attorney's name between the warrant and declaration, amended after error brought. Doug. 114. *Scire facias* amended. 1 Dall. 133. So of *alias venditioni.* Ib. 197. So of a rule of reference after report. Ib. 379.

*Per Cur.* Let the inquisition go back to the sheriff to be amended, according to the truth of the case.

*379]    *This was done, and the sheriff filled the blank with the names of the jurors.

Whereupon the court denied the plaintiff's motion, and rendered judgment on the inquisition.